466 A.2d 725

Felmlee et al., Appellants v. Lockett et al.

Submitted March 22, 1983. Robert B.

Brugler, for appellant; William A. Helm, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CIRILLO and HOFFMAN, JJ.

Order affirmed.

HOFFMAN, J., filed a memorandum dissenting statement.